DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 




 NO. 12-02-00147-CR


NO. 12-02-00148-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




KENNETH KEMP,
§
 APPEAL FROM THE 114TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant, acting pro se, has filed a motion to dismiss this appeal. The motion is signed by
Appellant, and his appointed counsel has filed a motion to withdraw. No decision having been
delivered by this court, Appellant's motion to dismiss the appeal and counsel's motion to withdraw
are granted. Accordingly, the appeal is dismissed in accordance with Texas Rule of Appellate
Procedure 42.2


Opinion delivered April 9, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.




(DO NOT PUBLISH)